| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Jennifer C. Wong, Esq. SBN 246725 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |

Attorneys for Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee, On Behalf Of The Holders Of The Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | Case Number: 14-43944 E |
| **Mohammad Hamed Yousufzai** | § | |
| **Zargohna Karimee Yousufzai**, | § | Chapter: 13 |
| | § | |
| Debtors. | § | |

**REQUEST FOR SPECIAL NOTICE**
**PURSUANT TO BANKRUPTCY RULES**
**2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee, On Behalf Of The Holders Of The Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee, On Behalf Of The Holders Of The Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 10/1/2014

McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong, Esq.
Jennifer C. Wong, Esq.,
Attorneys for Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee, On Behalf Of The Holders Of The Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc.

M&H File No. CA-14-106145