Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Mohammad Hamed Yousufzai
Zargohna Karimee Yousufzai

Debtor(s)

Chapter 13 Case Number:
14-43944-RLE13

**MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following resons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of June 01, 2015 you should have paid a total of $39,780.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $8840.00 . The default amount includes the current's month payment. The default amount does not include any payments which have been suspended. Suspended payments may not bind creditors. Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court:

   a. **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $8,840.00 within 21 days of the date of this notice; OR

   b. **YOU MUST** meet and confer with the Trustee by contacting the Client Services Department AND sign a Stipulation (agreement) describing how you will cure default in a manner which is acceptable to the Trustee. Such meeting shall be held at the office of the Trustee, at the address listed above, and shall be by

appointment only; OR

   c. **YOU MUST** contact your attorney immediately. Your attorney may apply to modify the plan or advise you of any other legal options. This must be done within 21 days of this notice.

3. Unless you pay the default amount, stipulate to cure the default or file an Application to Modify plan, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED WITHOUT ANY FURTHER NOTICE OR HEARING.**

Dated: June 01, 2015            /s/ Martha G. Bronitsky
                                Signature of Martha G. Bronitsky
                                Chapter 13 Standing Trustee

| In re | Chapter 13 Case No. |
|---|---|
| Mohammad Hamed Yousufzai<br>Zargohna Karimee Yousufzai<br>debtor(s) | 14-43944-RLE13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mohammad Hamed Yousufzai
Zargohna Karimee Yousufzai
2977 Miraloma Way
Union City,CA 94587

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)

Date: June 01, 2015        /s/ CHRISTIE ACOSTA
                           CHRISTIE ACOSTA